1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              FOR THE EASTERN DISTRICT OF OKLAHOMA

 3

 4  AUDREY MYERS, Personal             )
    Representative of the Estate of    )
 5  MICHAEL EDWIN SMITH, now deceased, )
                                       )
 6          Plaintiffs,                )
                                       )
 7  vs.                                )No. 17-CV-90-RAW
                                       )
 8  BOARD OF COUNTY COMMISSIONERS      )
    OF MUSKOGEE COUNTY; ROB FRAZIER,   )
 9  SHERIFF OF MUSKOGEE COUNTY, in his )
    Official Capacities; TURN KEY      )
10  HEALTH CLINICS, LLC; and DOES      )
    II through XX;                     )
11                                     )
            Defendants.                )
12

13

14        VIDEOTAPED DEPOSITION OF LOYD BICKEL

15        TAKEN ON BEHALF OF THE PLAINTIFF

16              IN MUSKOGEE, OKLAHOMA

17              ON SEPTEMBER 15, 2018

18

19        REPORTED BY:  KAREN B. JOHNSON, CSR

20

21

22

23

24

25
```

**MSJ EX. 4**

Loyd Bickel                                  September 15, 2018

Page 33

1       A     Correct.

2       Q     Neglect; correct?

3       A     Correct.

4       Q     During this period that -- and we're going

5    to say the relevant period, which we've already

6    established is also the period in which Turn Key was

7    contracted to provide medical services, I'm going to

8    ask you some questions related to that.  During the

9    relevant period, did the facility still have the

10   authority to make a decision whether a detainee

11   received emergency medical treatment?  You want me

12   to reask this question?

13      A     Yes.

14      Q     What I'm asking you is if the facility

15   decided that they wanted to call an ambulance, then

16   there's -- Turn Key wouldn't be able to control

17   that; correct?

18      A     That is correct.

19      Q     And during this relevant period, the two

20   ways that a detainee would be transported to a

21   hospital when they suffered a serious medical

22   condition would be, one, an ambulance would be

23   dispatched; correct?

24      A     Correct.

25      Q     And that would be to the facility;

Loyd Bickel                                    September 15, 2018

                                                    Page 34

 1   correct?

 2        A     Correct.

 3        Q     Also, the detainee could be transported by

 4   some of a county detention staff to the hospital;

 5   correct?

 6        A     Correct.

 7              MR. ARTUS:  And that's for a serious

 8   medical condition?

 9        Q     (By Mr. Howe)  But that could be for a

10   serious medical condition, couldn't it?

11        A     Well, if you're -- if -- serious is -- let

12   me rephrase that a little bit.  Serious, if it's

13   serious enough, they're going by ambulance, it's not

14   going to be a deputy taking someone to the hospital.

15        Q     Okay.  But even if there's a -- maybe

16   what's not determined is somebody who has a broken

17   bone and the bone is sticking out of the flesh or

18   they have fallen down the stairs and they have blood

19   gushing out of their head or suffering a severe

20   heart attack, the facility still has the control to

21   get a detainee emergency medical attention; correct?

22        A     Correct.

23        Q     You would agree with me that just because

24   somebody doesn't have those severe traumatic

25   situations that we discussed, there's nothing that

Loyd Bickel                                    September 15, 2018

                                                       Page 35

1    prevents the facility from getting a detainee

2    emergency medical attention; correct?

3         A    Correct.

4              MR. ARTUS:  Object; asked and answered.

5         Q    (By Mr. Howe)  Do you consider a patient

6    with Stage IV metastatic cancer a patient that

7    requires more attentive care when it comes to

8    medical treatment?

9              MS. THOMPSON:  Object to form.

10        Q    (By Mr. Howe)  Let me rephrase this

11   question.  Stage IV metastatic -- rephrase it again.

12             A patient or a -- basically a detainee

13   also that is confined in the facility that's

14   suffering from Stage IV metastatic cancer, do you

15   feel that the facility should know about that?

16        A    Correct.

17        Q    As a matter of fact, you would want to

18   know when that situation happens; correct?

19        A    Yes, I would.

20        Q    Just like when you have a detainee that's

21   in your facility that has been previously diagnosed

22   with AIDS; correct?

23        A    Correct.

24        Q    Or even a detainee that suffers from

25   congestive heart failure; correct?

Loyd Bickel                                     September 15, 2018

Page 39

 1        Q     And there's a section where when detainees

 2    are initially brought in and booked in, until

 3    there's a place to assign them a room, that they all

 4    can stay in a certain detox area; correct?

 5        A     Correct.

 6        Q     But also in this detox section there are

 7    individualized rooms where detainees are actually

 8    isolated to their own room; correct?

 9        A     Correct.

10        Q     And detox 115, as far as you know, that is

11    one of those rooms that is the isolated room; right?

12        A     Correct.

13        Q     Have you personally been in a detox 115

14    unit?

15        A     I have.

16        Q     If I was to say the detox unit 115, that

17    it actually includes a mat for a detainee to sleep

18    on, a toilet for a detainee to use, a sink for them

19    to wash themself and a button that can be used to

20    contact the board operator; correct?

21        A     Correct.

22        Q     According to your policy, isn't it true

23    that assignment or reassignment of detainees is to

24    be approved by the facility staff or actually the

25    facility administrator, that would be you; correct?

Loyd Bickel                                    September 15, 2018

                                                        Page 49

1   answered.  He's asked and answered the question like

2   five times now.

3        Q    (By Mr. Howe)  Also, while a detainee is

4   in this unit, there's also the camera; right?

5        A    Correct.

6        Q    Detox 115.  And the purpose of that camera

7   is to monitor that detainee while they are in that

8   cell; correct?

9        A    There are several cells in there that have

10  cameras and there's a few that do not, so I couldn't

11  tell you today whether 115 has a camera or not.

12       Q    Well, detox 115 does have a camera.

13       A    I haven't seen it, so I don't -- and I

14  don't recall that, so.

15       Q    Sure.  The purpose of that camera is to

16  monitor -- of a camera in a cell is to monitor a

17  detainee while they're in isolation; correct?

18       A    Correct.

19       Q    Especially if they're -- they're in there

20  for safety reasons; correct?

21       A    Correct.

22       Q    And, also, if they're in there because

23  they're for medical observation; correct?

24       A    Correct.

25       Q    Because what you want to do is you want to

Loyd Bickel                                     September 15, 2018

Page 50

1   make sure that when that detainee is isolated,

2   there's no one else around in that cell with them,

3   that you're able to see that that detainee is

4   actually safe; correct?

5        A    Correct.

6        Q    And that that detainee is not suffering a

7   serious health complication; correct?

8        A    Correct.

9        Q    And to make sure if that detainee requires

10  medical assistance, that detainee gets it; correct?

11       A    I'm not going to answer that particular

12  question with the way you want it answered.

13       Q    Okay.  So you answer it your way.

14       A    There may be somebody in a cell with a

15  camera that does not have significant medical needs,

16  so it's the only way -- way I can answer that

17  question.  None of the cells upstairs have cameras.

18       Q    Sure.  But -- but in the instance where

19  you have a detainee who has been examined by medical

20  and then determined that it's necessary, in their

21  opinion, that for safety reasons, they need to be

22  put into detox 115 for medical observation, the

23  purpose is to make sure that that detainee's medical

24  condition is monitored; correct?

25       A    Correct.

Loyd Bickel                                September 15, 2018

```
                                              Page 51
 1              MR. ARTUS:  Objection.
 2      Q    (By Mr. Howe)  And it's also there to make
 3  sure that that medical condition doesn't worsen;
 4  correct?
 5      A    Correct.
 6      Q    Because when a -- when somebody's medical
 7  condition worsens, that becomes a threat to their
 8  health; correct?
 9      A    Correct.
10      Q    And their safety; correct?
11      A    Correct.
12      Q    And a detainee does not have the ability
13  on their own to dial 911, do they?
14      A    You're right.
15      Q    As a matter of fact, the reason why
16  they're in that unit is because if 911 needs to be
17  called, that it's actually called; correct?
18      A    There are inmates in that area that --
19  that's not a 911 unit, I don't know why -- I don't
20  know what --
21      Q    I'm talking about detox 115 only, I'm not
22  talking about the rest of the area.
23              MR. ARTUS:  Lowell, you got to let him
24  answer the question.
25      Q    (By Mr. Howe)  Go ahead, sir, I just don't
```

Loyd Bickel                              September 15, 2018

Page 56

1   resolution is to that, I don't recall that.

2        Q    That's fair enough.  The purpose of that

3   is for transparency, though; correct?  What I mean

4   by that it's, one, to protect the facility if

5   allegations are made against the facility; correct?

6        A    Correct.

7        Q    But it's also to protect the detainee, so

8   that if something happens, we can always go to the

9   tape and find out what happened; correct?

10       A    Correct.

11       Q    But that -- the control of that recording

12   system is not -- I'll rephrase the question.  The

13   detainee does not have the ability to preserve that

14   recording footage, do they?

15       A    That's correct.

16       Q    As a matter of fact, that's within the

17   jail facility's --

18       A    That's correct.

19       Q    -- control?  We talk about cell checks,

20   you know what a cell check is; correct?

21       A    Correct.

22       Q    Okay.  Cell checks, how often do cell

23   checks happen in the facility or are they supposed

24   to?

25       A    Every hour or less than the hour.

Loyd Bickel                                    September 15, 2018

Page 57

1       Q    When the cell checks are done, is that
2    usually done by what we call the detention officers?
3       A    Correct.
4       Q    Those are -- the duties of detention
5    officers, would you say that they're, one, to bring
6    food trays to detainees; correct?
7       A    Correct.
8       Q    Two, to do cell checks?
9       A    Correct.
10      Q    Three, to make sure that if a detainee
11   requests to be put on sick call and is unable to
12   access the kiosk, to make sure that's taken care of;
13   correct?
14      A    You're talking about your -- your --
15      Q    Your detention officers.
16      A    Yes, that's correct.
17      Q    They're also there to provide security to
18   Turn Key staff when they're treating the detainee
19   patients; correct?
20      A    Correct.
21      Q    They're also there to make sure the
22   detainees are -- are moved around in a -- a safe
23   manner during their period of confinement throughout
24   the facility; correct?
25      A    Correct.

Loyd Bickel                                          September 15, 2018

Page 58

1       Q    In the facility during this relevant

2   period when a detention officer, we'll call them

3   facility staff, while they were performing cell

4   checks, was there a form that they would have to

5   sign saying when they performed the cell check and

6   who performed the cell check?

7       A    They -- they didn't sign it, the tower

8   operator signed it, once they knew that was done,

9   that cell check was done.

10      Q    But when the tower operator signs it, it's

11  not -- there's a report that says that an entire

12  cell check was completed; correct?

13      A    Correct.

14      Q    But it's not something that to where the

15  tower operator is going through and every time the

16  detention officer goes through, puts a check down

17  saying, okay, you got in pod 1, room number 2, room

18  number 3, room number 4, they're not monitoring

19  them; correct?

20      A    Who's not monitoring who?

21      Q    I'm saying the -- the person in the tower,

22  the tower operator, they're not just sitting there

23  watching and making sure that the detention officer

24  is doing the cell checks like they're supposed to?

25      A    Yes, they are.

Loyd Bickel                                      September 15, 2018

                                                          Page 59

1        Q     They are?  And they're keeping a note?

2        A     There's a log.

3        Q     There's a log, but the log is not a

4   detailed log to where it just says each individual

5   pod, it just says that the cell check was completed

6   in that pod or that entire section; correct?

7        A     We have a little bit of a difficulty,

8   we're communicating on these pods.

9        Q     That's okay.

10        A     You have five ponds on either end, there's

11   two tower operators and they watch the person go

12   through each pod or both, because there's two people

13   who go through, they watch those people go through

14   each pod and they log off that they've done their

15   sight checks.

16        Q     In order to do -- so if I use the term

17   "cell check," is that the same as sight check?

18        A     Yes.

19        Q     Okay.

20              THE VIDEOGRAPHER:  Need to change media.

21   End of Media Number 1 at 4:26 p.m.

22              (Break taken from 4:26 to 4:36)

23              THE VIDEOGRAPHER:  We are back on the

24   record, Media Number 2 at 4:36 p.m.

25        Q     (By Mr. Howe)  Mr. Bickel, when we had

Loyd Bickel                                    September 15, 2018

Page 76

1   that's fine, it may go faster this way, so that's

2   fine.

3           MR. HOWE:  Well, he's --

4           MR. ARTUS:  That's fine.

5           MR. HOWE:  -- an adverse witness, I can

6   ask you leading questions the whole time if I want,

7   sometimes I wish I could, I'm just finding out some

8   additional information.

9       Q    (By Mr. Howe)  So isn't it true that it's

10  against the facility policy to leave an inmate

11  laying in his own urine?

12      A    Correct.

13      Q    Leave an inmate laying in his own feces?

14      A    Correct.

15      Q    Fail to perform a proper cell check?

16      A    Correct.

17      Q    Also, you would agree with me that

18  according to the policy and the handbook, that there

19  are certain hygiene standards the detainees are to

20  follow; correct?

21      A    Correct.

22      Q    And certain sanitary standards that a

23  detainee is required to follow; correct?

24      A    Yes.

25      Q    You would also agree with me that

Loyd Bickel                                    September 15, 2018

Page 77

 1    detainees that require a specialized -- that are

 2    unable to perform daily life functions on their own,

 3    that the facility is responsible for assisting those

 4    detainees and performing those functions; correct?

 5         A    Correct.

 6         Q    And those functions, you would agree with

 7    me, are ability to access the toilet that's in their

 8    cell; correct?

 9         A    Yes.

10         Q    The ability to clean themself off;

11    correct?

12         A    Correct.

13         Q    The ability to bathe?

14         A    Correct.

15         Q    The ability to get their food tray?

16         A    Correct.

17         Q    The ability to change their clothes?

18         A    Correct.

19         Q    The ability to take their medicine?

20         A    Yes.

21         Q    Correct?  And in a case where a detainee

22    is unable to do those things, those daily life

23    functions that we just discussed and the facility

24    does not assist them in performing those duties,

25    that is against the jail policy; correct?

Loyd Bickel                                    September 15, 2018

Page 78

1        A    Correct.

2        Q    When the facility staff is performing

3    their sight checks, and I just want to take you just

4    to detox 115, you stated that it has to be a -- a

5    cell check is a sight check, which means they

6    actually need to see what's going on in that cell;

7    correct?

8        A    Correct.

9        Q    And when they're looking in that cell, you

10   would agree with me that they, by looking in that

11   cell, can observe a detainee; correct?

12       A    Yes.

13       Q    You would agree with me that if a facility

14   staff member looked in a cell and saw that a

15   detainee had urinated in his cell, not using the

16   toilet, that that could be considered misconduct;

17   correct?

18       A    Correct.

19       Q    Also, in that same situation, if a

20   detainee had not only urinated in his cell, but also

21   had defecated in his cell, that that would also be

22   even a greater example of misconduct; right?

23       A    Correct.

24       Q    Because detainees are expected to use the

25   toilet when they go to the rest room; correct?

Loyd Bickel                                    September 15, 2018

                                                    Page 81

 1        A     No.

 2        Q     And there's also -- as far as the

 3   ventilation system, is there a ventilation system?

 4        A     Yes.

 5        Q     But that would just blow cool air in;

 6   correct?

 7        A     Cool or warm, yes.

 8        Q     Okay.  But when a detainee defecates on

 9   himself or is soaked in urine, when a -- as a

10   detention officer, they would be able to smell that

11   and know that something has occurred; correct?

12        A     Correct.

13        Q     Or they should be able to see that;

14   correct?

15        A     Yes.

16        Q     And you would expect that when that

17   happens, that officer would notify either medical

18   staff that there's an issue; correct?

19        A     Yes.

20        Q     But you would also want them in that case

21   to notify the -- the administration; correct?

22        A     Yes.

23        Q     Because that is an issue that definitely

24   needs to be dealt with; correct?

25        A     Correct.

Loyd Bickel                                    September 15, 2018

Page 85

1    who is suffering from back pain --

2         A     If I were to have one?

3         Q     Yes.

4         A     Okay.

5         Q     Back pain, numbness in their feet, and the

6    ability to walk, they're suffering from an inability

7    to walk?

8         A     Okay.

9         Q     And stand on their own.

10        A     Okay.

11        Q     And use their legs.  And then medical

12   staff in that situation assigns that detainee to

13   detox 115 --

14        A     Okay.

15        Q     -- for their safety, while they are in

16   that unit or that cell, they are to be observed, and

17   you're supposed to have eyes on them; correct?

18        A     Correct.

19              MS. THOMPSON:  Object to form.

20        Q     (By Mr. Howe)  Is it against policy to

21   deny a detainee's access to sick call?

22        A     Yes.

23        Q     Is it against policy to deny prescribed

24   medication prior to their being confined at the

25   facility when family members or somebody's trying to

Loyd Bickel                                    September 15, 2018

Page 86

1    deliver it to the lobby window?

2         A    It would have to be approved by medical.

3         Q    Okay.  But it's against policy just to

4    refuse it; correct?  If they follow the procedure,

5    it's properly in the prescription bottle, it's the

6    only medication and it states it, the policy for the

7    jail is that the way that you receive detainee's

8    prescriptions for preexisting medical conditions is

9    that somebody can bring that to the lobby window and

10   then it can be received?

11        A    If it's approved by medical.

12        Q    Okay.  Approved by medical.  So what

13   you're saying, though, is when medical approves it,

14   that the medication should be accepted?

15        A    Correct.

16        Q    But you would agree with me that medical

17   doesn't -- it would be against policy for medical to

18   refuse to accept medication if there's a medication

19   that's necessary that a patient take that was

20   prescribed?

21             MS. THOMPSON:  Lowell, are you saying

22   against Turn Key policy or jail policy?

23        Q    (By Mr. Howe)  Talking about jail policy.

24   Let me say this, you would agree with me the

25   medical -- it would be against policy for medical to

Loyd Bickel                                    September 15, 2018

Page 87

1  deny a medication that a detainee actually needs

2  when it's presented to the lobby window?

3       A    If that medicine has -- is found to be

4  exactly what the label says and it has been

5  prescribed by that doctor to do that, you're --

6  you're in a jail facility, you have people trying to

7  bring things that are -- that are not their

8  medication.

9       Q    Generally, do people try to bring in

10  Casodex, a cancer medication, for somebody that

11  doesn't have cancer?  Do they?

12       A    What's your question?

13       Q    That's my question.

14       A    I don't understand your question.

15       Q    Casodex is a cancer medication.

16       A    Well, see, how do I know that?

17       Q    That's why -- so let me clarify that.

18  Casodex is a cancer medication.

19            MS. THOMPSON:   Object.   Lowell is

20  testifying.

21       Q    (By Mr. Howe)  Well, if Casodex is a

22  cancer medication --

23       A    If it is.

24       Q    If it is, and you have a detainee that's

25  confined in your facility --

Loyd Bickel                                    September 15, 2018

Page 90

1    one, I don't know if the --

2             THE WITNESS:  There's not a policy on

3    that.

4        Q   (By Mr. Howe)  But is it the practice, is

5    it the normal habit, practice, or routine --

6        A   No.  To somebody that doesn't need a

7    wheelchair?  No.  How asinine is that question?

8             MR. ARTUS:  Let's take a break.

9             THE VIDEOGRAPHER:  Off the record.

10            (Break taken from 5:10 to 5:15)

11            THE VIDEOGRAPHER:  We are back on the

12   record.

13       Q   (By Mr. Howe)  Mr. Bickel, it's against

14   policy to deny a detainee experiencing a medical

15   emergency transportation to the hospital; correct?

16       A   Correct.

17       Q   It's against policy to have inadequate

18   detainee medical chart records keeping; correct?

19   What I'm saying is you would agree with me that the

20   policy of the Muskogee County Jail, in making sure

21   the detainee's medical -- that they're receiving

22   adequate medical care, that that requires accurate

23   chart keeping records; correct?

24       A   Correct.

25       Q   It's against policy to use lockdown as a

Loyd Bickel                                    September 15, 2018

Page 91

1    form of punishment for somebody seeking medical

2    attention; correct?

3         A    Correct.

4         Q    It's against policy to put a detainee in

5    detox 115 because it's thought by medical staff that

6    he's faking his condition; correct?

7              MS. THOMPSON:  Object to form.

8              MR. ARTUS:  Object to the form.

9              THE WITNESS:  Correct.

10        Q    (By Mr. Howe)  It's also against policy to

11   put a detainee in detox 115 because the facility

12   staff thinks he's faking his condition; correct?

13        A    Correct.

14             MS. THOMPSON:  Object to form.

15        Q    (By Mr. Howe)  It's against policy for the

16   facility to preserve evidence as to what took place

17   while a detainee is confined?

18             MR. ARTUS:  You're saying it's against

19   policy to preserve evidence?

20             MR. HOWE:  No, it's against -- to fail to

21   preserve evidence.

22        Q    (By Mr. Howe)  Excuse me, I'll rephrase

23   the question.  It's against policy -- I need to --

24   there we go -- for the facility to fail to preserve

25   evidence; correct?  Evidence related to a court

Loyd Bickel                                    September 15, 2018

                                                    Page 102
 1        A     The only thing I can say to you is there's
 2   no way to sign the form.
 3        Q     Okay.  And how long have you been aware of
 4   this, while you were the -- while you were the
 5   administrator, how long were you aware that these
 6   forms were --
 7        A     OTIS has been the same booking process
 8   ever since I can remember.
 9        Q     Okay.  So at least during the time that
10   you were the jail administrator there?
11        A     At least.
12        Q     Previously Jeremy Garvin, without going
13   into supervision, direction and training, he had
14   previously testified in his deposition about what
15   the policies and procedures were for training,
16   supervising and directing employees, would you be
17   willing to adopt and rely on what he said as being
18   the procedures or would you like for me to inquire
19   and ask you?  Do you believe he -- he would know
20   what the policies and procedures are?  How about
21   this, why don't I just ask you a couple questions?
22        A     Okay.
23        Q     For training, when staff is hired as a
24   detention officer, what training is provided to that
25   employee to perform their duties?

Loyd Bickel                                    September 15, 2018

Page 103

1      A    Jeremy always put them through a little

2    mini training, he assigned them to a shift with a

3    training person, and then shortly thereafter, they

4    went through jail school required by the State of

5    Oklahoma.

6      Q    Do you know what the mini training session

7    was, have you ever personally observed it?

8      A    No.

9      Q    Have you ever actually been the one that

10   provided that instruction?

11     A    Not for that, no.

12     Q    As far as supervising facility staff, what

13   would you say are the measures that the facility

14   took to make sure that employees were doing the jobs

15   they were supposed to do?

16     A    When?

17     Q    During this relevant period.  Basically

18   what I'm saying is, how do we know that the

19   employees were doing what they said they were doing?

20     A    Well, you've got supervisors on every

21   shift.

22     Q    Okay.  So you would leave that up to the

23   supervisors; correct?

24     A    Correct.

25     Q    You would agree with me that the

Loyd Bickel                                      September 15, 2018

```
                                               Page 113
  1        A    No.

  2        Q    Do you recall whether Jeremy had a

  3   discussion with you about Sheriff Pearson asking why

  4   my client, Michael Smith, was not taken to the

  5   hospital?

  6        A    No.

  7             MR. HOWE:  Pass the witness.

  8                   CROSS-EXAMINATION

  9   BY MR. ARTUS:

 10        Q    When did you leave your employment with

 11   the jail or as jail supervisor for Muskogee County?

 12        A    About June, and I guess it was '16, 2016,

 13   about June, somewhere in there.

 14        Q    Okay.  2016.  So you may not have even

 15   been administrator when the notice of tort claim

 16   came in?

 17        A    Correct.

 18        Q    Okay.  With regard to the pertinent time

 19   in question, which is March 15th, 2016, to April

 20   2nd, 2016, Turn Key had the contract to provide

 21   medical care; correct?

 22        A    Correct.

 23        Q    And they are the medical professionals;

 24   correct?

 25        A    Correct.
```

Loyd Bickel                                    September 15, 2018

                                                  Page 114
1        Q    So you're going to follow what they say to
2   do with regard to transporting inmates to the
3   hospital; correct?
4        A    Correct.
5             MR. HOWE:  Objection.  I'm just going to
6   enter a standing objection to leading questions
7   during this examination.
8        Q    (By Mr. Artus) And when you --
9             MR. HOWE:  Hold on.  For purpose of the
10  record, during the examination by Mr. Artus.
11       Q    (By Mr. Artus)  Would you refer to Turn
12  Key on how to treat someone with Stage IV cancer?
13       A    Yes.
14       Q    Would you rely on Turn Key and their staff
15  to determine if an inmate has a serious medical
16  condition?
17       A    Yes.
18       Q    Are you aware of any Skyping that was done
19  in the jail?
20       A    No.
21       Q    While you were there?
22       A    No.
23       Q    Do you have any reason to believe that
24  Nurse Smith ever missed his assigned clinics?
25       A    No.

Loyd Bickel                                  September 15, 2018

```
                                              Page 120
 1        Q     Okay.  In your experience with being a
 2   jail administrator for how many years at Cherokee
 3   County?
 4        A     Ten.
 5        Q     And how many years at Muskogee?
 6        A     Seven.
 7        Q     Do inmates often request to go to the
 8   hospital when -- when nothing is wrong with them?
 9        A     They do.
10        Q     And in -- when that -- when an inmate
11   and -- and jailers receive first aid training;
12   correct?
13        A     Correct.
14        Q     But when an inmate requests medical,
15   whether you believe they're lying or wanting to get
16   out or not, the policy is to send them to medical;
17   right?
18        A     Correct.
19        Q     And then medical makes the decision to
20   find out whether or not they need to go; right?
21        A     Correct.
22        Q     So, because inmates all -- all the time
23   ask to go to medical, the policy is to send -- I
24   mean, they request to go to the hospital, right, all
25   the time; correct?
```

Loyd Bickel                                    September 15, 2018

                                               Page 121

 1        A     Correct.

 2        Q     So policy is to send them to medical and

 3   let them figure out if they really need to go or

 4   not; right?

 5        A     That's correct.

 6        Q     And we hired Turn Key, you hired Turn Key

 7   to make those decisions?

 8        A     Correct.

 9        Q     Because they have the training to do that;

10   is that right?

11        A     Correct.

12        Q     And then you do what they tell you to do

13   as far as that goes?

14        A     Correct.

15        Q     I mean, you have the authority to say no

16   and override them, but most of the time you're going

17   to do what they say, aren't you?

18        A     Yes.

19              MR. ARTUS:  That's all I have.  I pass the

20   witness.

21                    CROSS-EXAMINATION

22   BY MS. THOMPSON:

23        Q     Mr. Bickel, I just have a few follow-up

24   questions.  First, just to clarify the layout of the

25   detox area, how many total pods are down there?