IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AUDREY MYERS, Personal Representative of the Estate of MICHAEL EDWIN SMITH, (now Deceased),<br><br>                Plaintiff,<br><br>vs.<br><br>1) BOARD OF COUNTY COMMISSIONERS of MUSKOGEE COUNTY;<br><br>2) ROB FRAZIER, SHERIFF OF MUSKOGEE COUNTY, in his Official Capacities;<br><br>3) TURN KEY HEALTH CLINICS, LLC;<br><br>4) DOES II THROUGH XX;<br><br>                Defendants. | Case No. 17-CV-90-RAW |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Audrey Myers, personal representative of the Estate of Michael Edwin Smith, by and through her attorney of record, Lowell G. Howe, of *Howe Law Firm*, Defendants Board of County Commissioners of Muskogee County and Rob Frazier, in his official capacity as Muskogee County Sheriff, by and through their attorney of record, Andy Artus of *Collins, Zorn & Wagner, P.C.*, and Turn Key Health Clinics, Inc., by and through its attorney of record, Alexandra G. Ah Loy of *Johnson, Hanan, Vosler, Hawthorne & Snider*, and hereby give notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff dismisses with prejudice all claims against all Defendants. It is further stipulated that each party shall bear their own attorneys' fees and costs herein.

1

**Respectfully Submitted,**

__s/_Lowell G. Howe
 Lowell G. Howe, OBA # 20075
Howe Law Firm, P.C.
P.O. Box 1972
Muskogee, OK 74402
Email: lowellghowelaw@yahoo.com
        attorneylowellghowe@gmail.com

*Attorney for Plaintiff*

s/Andy Artus
Andy Artus, OBA #16169
Taylor M. Tyler, OBA # 33291
COLLINS, ZORN & WAGNER, P.C.
429 NE 50th, Second Floor
Oklahoma City, Oklahoma 73105
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
E-mail Address for service:
aaa@czwlaw.com
tmt@czwlaw.com

*ATTORNEYS FOR DEFENDANTS*
*BOARD OF COUNTY COMMISSIONERS*
 *of MUSKOGEE COUNTY and*
*SHERIFF ROB FRAZIER, in his official capacity*

s/ Alexandra G. Ah Loy
Alexandra G. Ah Loy, OBA No. 31210
Alexander C. Vosler, OBA No. 19589
Sean P. Snider, OBA No. 22307
Paulina Thompson, OBA No. 19589
JOHNSON HANAN VOSLER
HAWTHORNE & SNIDER
9801 N. Broadway Extension
Oklahoma City, OK 73114
aahloy@johnsonhanan.com, avosler@johnsonhanan.com
ssnider@johnsonhanan.com, jamburn@johnsonhanan.com
pthompson@johnsonhanan.com

*Attorneys for Defendants Turn Key*
*Health Clinics, Inc.*

2